# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Sennco Solutions Inc.

Plaintiff,

v.

Mobile Technologies Inc.

Defendant.

Case No.: 1:16–cv–09668

Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2020:

    MINUTE entry before the Honorable Joan H. Lefkow: The Court adopts the scheduling order as proposed in the joint status report [103]: The deadline for Sennco to file an amended complaint is May 27, 2020. Defendant shall answer or otherwise plead to the amended complaint by June 16, 2020 ; plaintiff's reply, if any, by June 30, 2020. The dates set in this case shall not be impacted by future general orders related to COVID–19 absent good cause shown. The scheduling conference remains set for 7/29/2020 at 9:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.